# IN THE SUPREME COURT OF THE STATE OF NEVADA

| | |
|---|---|
| AHED SAID SENJAB,<br>           Petitioner,<br>           vs.<br>THE EIGHTH JUDICIAL DISTRICT<br>COURT OF THE STATE OF NEVADA,<br>IN AND FOR THE COUNTY OF<br>CLARK; AND THE HONORABLE T.<br>ARTHUR RITCHIE, JR., DISTRICT<br>JUDGE,<br>           Respondents,<br>           and<br>MOHAMAD ABULHAKIM ALHULAIBI,<br>           Real Party in Interest. | No. 84498<br><br>**FILED**<br><br>JUL 20 2022<br><br>ELIZABETH A. BROWN<br>CLERK OF SUPREME COURT<br>BY_____<br>DEPUTY CLERK |

## *ORDER DISMISSING PETITION*

Petitioner has filed a motion to dismiss this matter. Cause appearing, the motion is granted and this matter is dismissed. *Cf.* NRAP 42(b). The parties shall bear their own costs and fees.

It is so ORDERED.[1]

CLERK OF THE SUPREME COURT
ELIZABETH A. BROWN

BY: _____

---

[1]Given the dismissal of this matter, this court takes no action on real party in interest's motion to suspend briefing or for an extension of time to file an answer.

SUPREME COURT
OF
NEVADA

CLERK'S ORDER

(O) 1947

22-22822

cc:    Hon. T. Arthur Ritchie, Jr., District Judge, Family Court Division
Willick Law Group
Markman Law
Eighth District Court Clerk